# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**DEBRA A. HUTCHINSON,**

    Plaintiff,

**vs.**                                           **CASE NO. 1:08CV119-MP/AK**

**MICHAEL J. ASTRUE,**

    Defendant.

_____/

## O R D E R

It has come to the Court's attention that summons failed to issue on June 1, 2008, when the complaint was filed through no fault of the Plaintiff. The time limit for service is hereby extended sua sponte for an additional 120 days, and the Clerk is directed to issue summons on this date.

**DONE AND ORDERED** this  **2**<sup>nd</sup> day of March, 2009.

                                                   *s/ A. KORNBLUM*
                                                   **ALLAN KORNBLUM**
                                                   **UNITED STATES MAGISTRATE JUDGE**