IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEBRA A. HUTCHINSON,

    Plaintiff,

vs.                                       CASE NO. 1:08CV119-MP/AK

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## ORDER

Presently before the Court is Defendant's Motion for Extension of Time to File Memorandum through October 15, 2009. (Doc. 15). Having considered said motion, which is unopposed, the Court is of the opinion that it should be **GRANTED**, and Defendant shall have through **October 15, 2009**, to file the memorandum.

**DONE AND ORDERED** this *15th* day of September, 2009.

                                       *s/ A. Kornblum*
                                       ALLAN KORNBLUM
                                       UNITED STATES MAGISTRATE JUDGE