IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEBRA A. HUTCHINSON,

    Plaintiff,

vs.                                                  CASE NO. 1:08CV119-MP/AK

MICHAEL J. ASTRUE,

    Defendants.

                                            /

## O R D E R

Presently before the Court is Defendant's Second Motion for Enlargement of Time to file a responsive memorandum. (Doc. 17). Having considered said motion, the Court is of the opinion that the motion should be **GRANTED**, and Defendant shall have through November 16, 2009, to file a responsive brief.

**DONE AND ORDERED** this *15th* day of October, 2009.

                                                  *s/ A. KORNBLUM*
                                                  **ALLAN KORNBLUM**
                                                  **UNITED STATES MAGISTRATE JUDGE**