IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEBRA A HUTCHINSON,

      Plaintiff,

v.                                          CASE NO. 1:08-cv-00119-MP-AK

MICHAEL J ASTRUE,

      Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 20, the Report and Recommendation of the

Magistrate Judge, recommending that the decision of the Commissioner, denying benefits, be

affirmed. The time for filing objections has passed, and none have been filed. The Court has

reviewed the Report and Recommendation and agrees that the Administrative Law Judge, after

properly considering the objective medical evidence, treating physician opinions, consultant

assessments, and Plaintiff's own testimony and daily activities, found that despite arthritis,

fibromyalgia and urinary incontinence, Plaintiff's residual functional capacity allowed her to

complete a normal workday with normal breaks, and no excess breaks. The Administrative Law

Judge did not discount the treating physician's <u>medical</u> opinion by declining to give importance

to a line in the doctor's report that Plaintiff's urinary incontinence "causes her a great deal of

difficulty in holding a job." This statement is not a medical diagnosis and in fact may just be the

doctor's recounting of what the Plaintiff said to him. The medical evidence showed that her

incontinence was controllable with medication and had improved. Also, the Administrative Law

Judge, to the extent possible, considered all of Plaintiff's reported ailments in combination, and

properly included them all in the hypotheticals posed to the vocational expert.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.    The decision of the Commissioner, denying benefits, is affirmed.

**DONE AND ORDERED** this  *11th*  day of March, 2010


        *s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge